(112 So. 920)

William BIRD v. STATE. (6 Div. 159.) Court of Appeals of Alabama. May 10, 1927.

Bessemer Division; J. C. B. Gwin, Judge.

SAMFORD, J. Appeal dismissed by appellant.

(117 So. 924)

BIRMINGHAM ELECTRIC CO. v. Mrs. Jimmie WILLIS. (6 Div. 384.) Court of Appeals of Alabama. June 12, 1928.

Joe C. Hail, Judge. Bradley, Baldwin, All & White, of Birmingham, for appellant. H. M. Abercrombie, of Birmingham, for appellee.

BRICKEN, P. J. Reversed and remanded by consent of parties.

(117 So. 924)

William BOBO v. STATE. (7 Div. 450.) Court of Appeals of Alabama. June 5, 1928.

W. W. Haralson, Judge. Assault to murder. RICE, J. Affirmed.

(116 So. 922)

Austin BOLDEN v. STATE. (1 Div. 787.) Court of Appeals of Alabama. April 10, 1928.

John D. Leigh, Judge. Second degree murder. SAMFORD, J. Appeal dismissed.

(111 So. 923)

John BOLES v. STATE. (8 Div. 527.) (Court of Appeals of Alabama. Feb. 1, 1927.)

W. T. Lowe, Judge. See, also (Ala. App.) 108 So. 350. W. H. Long, of Decatur, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The court has read the entire evidence in this case en banc. We fail to find anything in same tending in any way to connect this appellant with the possession of the whisky which was found near his home, but not on land under his control. It would be of no value for us to discuss the evidence. The appellant was entitled to have given at his request the general affirmative charge in his favor, and for the error in its refusal the judgment is reversed and the cause remanded. Reversed and remanded.

(112 So. 920)

BOOKER T. WASHINGTON LIFE INS. CO. v. Joe HASSEY. (6 Div. 172.) Court of Appeals of Alabama. May 10, 1927.

Richard V. Evans, Judge. Haley, Woolverton & Haley, of Birmingham, for appellant. B. C. Burkhart and C. E. Wilder, both of Birmingham, for appellee.

BRICKEN, P. J. The appellee brought suit in the circuit court against appellant and recovered judgment for $141.73, on October 29, 1926, and defendant appealed. The cause is here submitted upon motion of appellee to affirm the judgment. The certificate contains the statement that no bill of exceptions was presented to the trial judge within the time required by law. Under the status of the transcript before us, it is ordered that the motion be granted, and the judgment of the lower court, from which this appeal is taken, is hereby affirmed. Affirmed.

(111 So. 923)

B. M. BOOTHE v. STATE. (7 Div. 220.) (Court of Appeals of Alabama. March 8, 1927.)

Pinkney Scott, of Bessemer, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

RICE, J. Writ denied.

(116 So. 922)

Robert A. BOOTHE v. STATE. (6 Div. 347.) Court of Appeals of Alabama. April 24, 1928.

John P. McCoy, Judge. Habeas corpus.

RICE, J. Affirmed.

(115 So. 922)

Alvin BOOZER v. STATE. (7 Div. 350.) Court of Appeals of Alabama. Jan. 31, 1928.

W. W. Haralson, Judge.

SAMFORD, J. Affirmed.

(114 So. 920)

Jesse BOSWELL v. STATE. (4 Div. 319.) Court of Appeals of Alabama. Nov. 22, 1927.

Benj. F. Elmore, Judge.

SAMFORD, J. Affirmed.

(115 So. 922)

Heck BOWEN v. STATE. (8 Div. 676.) Court of Appeals of Alabama. Feb. 7, 1928.

W. T. Lowe, Judge.

BRICKEN, P. J. This appellant was tried and convicted upon an affidavit which charged him with the violation of the prohibition laws of the state. He appealed to this court, and rests his appeal upon the record proper, as there is no bill of exceptions. The record being in all things regular, it is ordered and adjudged that the judgment of conviction from which this appeal was taken be affirmed. Affirmed.

(112 So. 920)

J. T. BRADLEY v. STATE. (7 Div. 320.) Court of Appeals of Alabama. April 19, 1927.

R. B. Carr, Judge. Possessing prohibited liquor.

RICE, J. Affirmed.